Bates A. Clarke, appellant, v. Illinois Commercial Men's Association, appellee. Gen. No. 32,510.

Taylor, J., dissents. Opinion filed June 20, 1928.
Rathje, Wesemann, Hinckley & Barnard, for appellant; John Laux, of counsel. Ryan, Condon & Livingston, for appellee; Lowell A. Lawson, of counsel.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Leonard Auslander, appellee, v. Filler, Wilson & McClelland, appellant. Gen. No. 32,547.

Opinion filed June 20, 1928.
J. V. Delaney, for appellant. Maurice L. Davis, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.

Mike Rimanich, appellee, v. Jack Millen, appellant. Gen. No. 32,556.

Opinion filed June 20, 1928.
Jay J. McCarthy, for appellant. Henry H. Markovitz and Thomas F. Reilly, for appellee.
Mr. Justice Holdom delivered the opinion of the court.

S. E. Basinski, appellee, v. Julius Wilichko, appellant. Gen. No. 32,581.

Opinion filed June 20, 1928.
Bryant, Meneely, Irrmann & Lewe, for appellant; John C. Lewe and John Zuris, of counsel. John F. O'Toole, for appellee.
Mr. Presiding Justice Holdom delivered the opinion of the court.